IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY CAPDEPON, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:13-CV-1632 |
| | § | |
| ROSS STORES, INC., | § § | |
| Defendant. | § § | |

## ORDER

The Court has received the parties' joint Stipulation Of Dismissal With Prejudice. Based on the parties' stipulation, the Court hereby ORDERS that this case is DISMISSED with prejudice, with each party bearing her/its own costs of court and attorneys' fees.

Entered this 24th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

1

16997224v.1